JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

County in which action arose: Oakland County

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
RANDY BERGERON

### DEFENDANTS
THE AMERICAN INSURANCE COMPANY

(b) County of Residence of First Listed Plaintiff: Oakland County, MI
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Marin County, CA
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Stuart A. Sklar (P38146), Jason J. Liss (P48742), Fabian, Sklar & King, P.C.
33450 W. Twelve Mile Road, Farmington Hills, MI 48331-3350
(248) 553-2000

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §1332
Brief description of cause:
Breach of homeowners insurance policy arising from a fire loss to Plaintiff's loss.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE
DOCKET NUMBER

DATE: February 15, 2013
SIGNATURE OF ATTORNEY OF RECORD: [signature] (P48742)

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed?  ☐ Yes  ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)  ☐ Yes  ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

   Notes :

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| RANDY BERGERON | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 13-cv |
| v. | ) | |
| | ) | Hon. |
| THE AMERICAN INSURANCE COMPANY | ) | |
| Defendant. | ) | |

**SUMMONS IN A CIVIL ACTION**

To: The American Insurance Company
c/o The Corporation Company, Resident Agent
30600 Telegraph Road
Bingham Farms, MI 48025

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: _____
*Signature of Clerk or Deputy Clerk*

Date of Issuance: _____

# Summons and Complaint Return of Service

Case No.
Hon.

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:

Date of Service: _____

## Method of Service

____  Personally served at this address:
_____
_____
_____

____  Left copies at the usual place of abode with (name of person):
_____
_____
_____

____  Other (specify):
_____
_____
_____

____  Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**     Travel $_____     Service $_____     Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:      _____
Signature of Server: _____
Date:                _____
Server's Address:    _____
                     _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RANDY BERGERON,

    Plaintiff,

vs.

THE AMERICAN INSURANCE COMPANY,
a foreign corporation,

    Defendant.
_____/

Case No. 13-cv-
Hon.

Stuart A. Sklar (P38146)
Jason J. Liss (P48742)
**FABIAN, SKLAR & KING, P.C.**
Attorneys for Plaintiff
33450 W. Twelve Mile Road
Farmington Hills, Michigan 48331-3350
(248) 553-2000
(248) 553-2020 (fax)
ssklar@fabiansklar.com
jliss@fabiansklar.com
_____/

## COMPLAINT

NOW COMES Plaintiff, RANDY BERGERON, by and through his attorneys, FABIAN, SKLAR & KING, P.C., and for his Complaint against Defendant, THE AMERICAN INSURANCE COMPANY, states unto this Honorable Court as follows:

1. Plaintiff, RANDY BERGERON, resides in the City of Novi, County of Oakland, State of Michigan and is a citizen of the State of Michigan.

2. Defendant, THE AMERICAN INSURANCE COMPANY, is a foreign corporation licensed to conduct business in the State of Michigan, which has its principal place of business in the City of Novato, State of California, and has registered Ohio as its State of Domicile with the Michigan Department of Licensing and Regulatory Affairs and is, therefore, believed to be a citizen of the State of Ohio.

3. The facts giving rise to this Complaint occurred in the City of Farmington Hills, County of Oakland, State of Michigan.

4. The amount in controversy between the parties exceeds the sum of Seventy-Five Thousand ($75,000.00) Dollars exclusive of costs and interest.

5. The Court has original jurisdiction over this action pursuant to 28 U.S.C. §1332, due to the amount in controversy and diversity of citizenship of the parties.

6. At all relevant times, Plaintiff was the named insured or otherwise entitled to insurance benefits pursuant to Homeowner Policy no. NZE2998592 issued by Defendant, a copy of which is in Defendant's possession, which insured Plaintiff's property located at 26426 Ballantrae Court in the City of Farmington Hills, Michigan for damage to the dwelling, damage to personal property and loss of use resulting from covered causes of loss, including fire and other perils.

7. That all premiums were paid and current and Defendant's policy of insurance was in full force and effect at all times prior to and including March 29, 2012.

8. On March 29, 2012, a fire loss occurred at Plaintiff's insured dwelling, causing extensive damage to the dwelling, Plaintiff's personal property and loss of use within the meaning of Defendant's policy.

9. Upon discovery, Plaintiff promptly notified Defendant of the loss.

10. Pursuant to the terms of Defendant's policy of insurance, Plaintiff delivered satisfactory proof of the fact and the amount of his losses to Defendant.

11. MCL 500.2836(2) requires an insurance company to make payment of a claim within thirty (30) days of receipt of proof of the amount of the loss.

12. MCL 500.2006 requires an insurer to pay 12% interest on claims where the Defendant insurer has failed to make payment of a claim within sixty (60) days of receiving satisfactory proof of loss.

13. On February 1, 2013, Defendant denied coverage for Plaintiff's claim, thereby breaching its insurance contract with Plaintiff.

14. As a direct and proximate result of Defendant's breach of the insurance contract and the aforementioned statutory provisions, Defendant remains indebted to Plaintiff for his insured losses, for the incidental and consequential damages that were in the contemplation of the parties at the time the contract was made or which are the natural and usual consequences of a breach of a dwelling package insurance contract, and for 12% penalty interest pursuant to MCL 500.2006.

15. To the extent there exists a disagreement as to the actual cash value or amount of the loss; such dispute is to be resolved by appraisal as mandated by MCL 500.2833 and the subject insurance policy.

WHEREFORE Plaintiff, RANDY BERGERON, respectfully requests this Honorable Court to enter judgment in his favor and against Defendant, THE AMERICAN INSURANCE COMPANY, in an amount to which he is found entitled, together with all other applicable statutory or contractual relief, including, but not limited to, interest, costs and attorney fees.

Respectfully submitted,

**FABIAN, SKLAR & KING, P.C.**

*/s/ Jason J. Liss*
Stuart A. Sklar (P38146)
Jason J. Liss (P48742)
Attorneys for Plaintiffs
33450 W. Twelve Mile Road
Farmington Hills, Michigan 48331
(248) 553-2000
(248) 553-2020 (fax)
ssklar@fabiansklar.com
jliss@fabiansklar.com

Dated: February 15, 2013

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RANDY BERGERON,

        Plaintiff,

vs.

THE AMERICAN INSURANCE COMPANY,
a foreign corporation,

        Defendant.
_____/

Case No. 13-cv-
Hon.

Stuart A. Sklar (P38146)
Jason J. Liss (P48742)
**FABIAN, SKLAR & KING, P.C.**
Attorneys for Plaintiff
33450 W. Twelve Mile Road
Farmington Hills, Michigan 48331-3350
(248) 553-2000
(248) 553-2020 (fax)
ssklar@fabiansklar.com
jliss@fabiansklar.com
_____/

## JURY DEMAND

NOW COMES Plaintiff, RANDY BERGERON, by and through his attorneys, FABIAN, SKLAR & KING, P.C., and hereby demands a jury trial in the above-entitled matter.

        Respectfully submitted,

        **FABIAN, SKLAR & KING, P.C.**

        */s/ Jason J. Liss*
        Stuart A. Sklar (P38146)
        Jason J. Liss (P48742)
        Attorneys for Plaintiffs
        33450 W. Twelve Mile Road
        Farmington Hills, Michigan 48331
        (248) 553-2000
        (248) 553-2020 (fax)
        ssklar@fabiansklar.com
        jliss@fabiansklar.com

Dated:   February 15, 2013