## Summons and Complaint Return of Service

Case No. 2:13-cv-10661-DPH-MKM
Hon. Denise Page Hood

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: The American Insurance Company

Date of Service: February 21, 2013

(copy of Certified Mailing Receipt attached)

### Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

__X__ Other (specify): Via certified mail, return receipt requested
The American Insurance Company
c/o The Corporation Company, Resident Agent
30600 Telegraph Road, Bingham Farms, MI 48025

____ Returned unexecuted (reason):

**Service Fees:** Travel $_____ Service $_____ Total $ 6.85

### Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: Sherry Johnson

Signature of Server:

Date: 3/1/13

Server's Address: Fabian, Sklar & King, P.C.
33450 West Twelve Mile Road
Farmington Hills, MI 48331
(248) 553-2000

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The American Insurance Co.
C/o The Corporation Company
30600 Telegraph Road
Bingham Farms, MI
48025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  The Corporation Company
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  FEB 2 1 2013

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. 7010 1670 0001 7071 7858

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

Bergeron - 4821-01

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Fabian, Sklar & King, P.C.
33450 W. Twelve Mile Rd.
Farmington Hills, MI 48331-3350

RECEIVED
FEB 28 2013